ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

FILED

2003 OCT 27 P 1: 43

US DISTRICT COURT
HARTFORD CT

DIRECTV, INC.,
a California corporation,

                                        Plaintiff,

- against -

GEORGE MARTINEZ, et al.,

                                        Defendant.

**MOTION FOR PARTIAL DISMISSAL**
Civil Case No. 3-03-CV-00953 DJS
Honorable Dominic J. Squatrito

      **DIRECTV, INC., a California Corporation,** Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action specifically pertaining to Defendant, **DAVID BRAISE,** be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

      This dismissal is specific to this Defendant and does not affect the remaining claims against any other Defendant.

Dated: October 23, 2003
       Ellenville, New York

                                                         DIRECTV, INC.,

                                          By: _____
                                               Wayne D. Lonstein, Esq.
                                               Bar Roll No. CT 19973
                                             Attorney for Plaintiff
                                             1 Terrace Hill, PO Box 351
                                             Ellenville, NY 12428
                                             Telephone: 845-647-8500
                                             Facsimile: 845-647-6277
                                             *Our File No. DTV-6CT-01*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

**DIRECTV, INC.,**
**a California corporation,**

        Plaintiff,

-against-

GEORGE MARTINEZ, et al.,

        Defendant.

**CERTIFICATE OF NO CONFERENCE**
Civil Case No. 3-03-CV-00953 DJS
Honorable Dominic J. Squatrito

I hereby certify that no conference between parties was held regarding the within Motion for Partial Dismissal, as Defendant DAVID BRAISE has not been served to commence the action against him.

Dated: October 23, 2003

                                            DIRECTV, INC.,

                                        By: _____
                                            Wayne D. Lonstein, Esq.
                                            Bar Roll No. CT 19973
                                            Attorney for Plaintiff
                                            1 Terrace Hill, PO Box 351
                                            Ellenville, NY 12428
                                            Telephone: 845-647-8500
                                            Facsimile:  845-647-6277
                                            *Our File No. DTV-6CT-01*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

**DIRECTV, INC.,**
**a California corporation,**

              Plaintiff,

-against-                    **CERTIFICATE OF SERVICE**
                                            Civil Case No.  3-03-CV-00953 DJS
                                            Honorable Dominic J. Squatrito
GEORGE MARTINEZ, et al.,

              Defendant.

-----------------------------------------------------------

      The undersigned certifies that on the 23rd day of October, 2003, your deponent served the following documents by regular mail:

    Motion and Order for Partial Dismissal

on the following:

Richard Mather
54 Gale Avenue
Meriden, CT 06450

Richard J. Pober, Esq.
19 Ludlow Road
P.O. Box 710
Westport, CT 06881

Leslie S. Hollo, Esq.
Snow, Atticks & Hollo, LLC
69 Wall Street
Madison, CT 06443

                                                    DIRECTV, INC.,

                                        By: _____
                                                Wayne D. Lonstein, Esq.
                                                Bar Roll No.  CT 19973
                                                Attorney for Plaintiff
                                                1 Terrace Hill, PO Box 351
                                                Ellenville, NY 12428
                                                Telephone:  845-647-8500
                                                Facsimile:   845-647-6277
                                                *Our File No.  DTV-6CT-01*

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

**DIRECTV, INC.,**
**a California corporation,**

                 Plaintiff,

- against -

GEORGE MARTINEZ, et al.,

                 Defendants.

**ORDER FOR PARTIAL DISMISSAL**
Civil Case No.  3-03-CV-00953 DJS
Honorable Dominic J. Squatrito

Plaintiffs, Directv, Inc., having moved that the above entitled action, specifically as against Defendant **DAVID BRAISE**, be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby

**ORDERED,** that Defendant **DAVID BRAISE** be dismissed without prejudice and without costs pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this ____ day of _____, 2003.

_____
**HONORABLE DOMINIC J. SQUATRITO**
United States District Judge