UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DIRECTV, INC., a California corporation**     Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv953(DJS) |
| **GEORGE MARTINEZ, ET AL**     **Defendants** | : |

### ORDER

The Plaintiff's Motion for Partial Dismissal (Doc. #21) is hereby **GRANTED as to David Braise only.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   3rd   day of November, 2003.

/s/DJS
Dominic J. Squatrito
United States District Judge