UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT - NEW HAVEN DIVISION

---

DIRECTV, INC.,

    Plaintiff,

- against -

GEORGE MARTINEZ,
RICHARD MATHER,
ED SHALLIS,
DAVID BRAISE, and
DORTHEA BIEHLER,

    Defendant(s).

---

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

Civil No. 3:03-CV-00953-DJS
Hon. Dominic J. Squatrito

**PLEASE TAKE NOTICE** that **DIRECTV, INC.**, Plaintiff in the above-captioned action (hereinafter "Plaintiff"), by and through its attorneys, LONSTEIN LAW OFFICE, P.C., does hereby respectfully move this Court for the following relief: Summary Judgment pursuant to Fed. R. Civ. P. 36 and 56 as to liability against the specific defendant **DOROTHEA BIEHLER** (hereinafter "Defendant"), upon the following submissions filed contemporaneously herewith: Plaintiff's Statement of Facts and Memorandum of Law; Wayne D. Lonstein, Esq.'s Affirmation dated March 25, 2004 in support thereof and the exhibits attached thereto, and all other proceedings before this Court in this matter.

Dated: March 25, 2004
      Ellenville, New York

                                      Respectfully yours,

                                      LONSTEIN LAW OFFICE, P.C.

                                      By: WAYNE D. LONSTEIN, ESQ.
                                      1 Terrace Hill, P.O. Box 351
                                      Ellenville, New York 12428
                                      Tel.: (845) 647-8500
                                      *Attorneys for Plaintiff*