UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
HARTFORD

DIRECTV, INC
A California corporation

       Plaintiff,

- Against -

    MOTION TO DISMISS
    COMPLAINT
    Civil No. 303CV00953 DJS

GEORGE MARTINEZ,
RICHARD MATHER,
ED SHALLIS,
DAVID BRAISE, and
DORTHEA BIEHLER

       Defendant(s).

## Motion to Dismiss Complaint

Richard D. Mather Defendant PRO SE, under penalty of perjury, hereby states the following:

A)
Attorney Wayne D. Lonstein, Counsel for Plaintiff Direct TV, Inc. attested in his Certificate of Due Diligence that he made diligent attempts to confer with said PRO SE Defendant regarding the submission of said form 26 (f) Report of Parties Planning Meeting. Attorney Wayne D. Lonstein further stated, " On each occasion, Mr. Mather has not given me the courtesy of a response". More specifically, Attorney Wayne D. Lonstein attested that:

1) "On or about August 18 2003, Plaintiff forwarded a letter, via Regular and Certified Mail; return receipt requested, to Mr. Mather, with proposed copy of the form 26(f) Meeting of the parties, and requesting that he contact me to discuss any changes to the same

1

   that he may have. A copy of that said letter, along with the Certified
   Mail receipt, is attached hereto as exhibit "A".
                        DEFENDANT EXHIBIT "A"
2) Plaintiff has attempted contacting Mr. Mather via telephone.
   However, on each occasion, there was no answering machine on
   which to leave message.
3) As of this date within, no response has been forthcoming from Mr.
   Mather with regard to the instant matter.
4) Plaintiff respectfully submits this Certificate of Diligence to this
   Honorable Court as a supplement to the form 26(f) Report of Parties,
   Planning Meeting and respectfully states that diligent attempts have
   been made to confer with PRO SE Defendant Richard Mather, and
   that no response has been forthcoming."

B) Defendant Mather requests that the court note:

   That both the Certified letter and the letter sent by regular mail were
   addressed and mailed to Defendant at 12 Anthony Road North
   Haven, CT 06473 even though Defendant notified the Plaintiff by
   Telephone on or about July 9 2003 that Defendant Mather had moved
   and that the new address was 54 Gale Avenue Meriden, CT 06450.

   1) That change of address was confirmed in writing (which
      included the Defendant Mr. Mather's correct phone number
      (203) 237-6224 which has an answering machine on at all
      times) by Notification of Change of Address mailed to Court,
      Attorney Wayne D. Lonstein, Counsel for Plaintiff Direct TV,
      Attorney Gregory Sachs and all Defendants on July 14 2003.
                        DEFENDANT EXHIBIT "B"

   2) On July 22 2003 Attorney Wayne D. Lonstein, Counsel for
      Plaintiff Direct TV, mailed the following to Defendant Mather to
      54 Gale Avenue Meriden, CT 06450
      Plaintiffs Initial disclosures
      Plaintiffs Interrogatories
      Plaintiffs Request fro Admission
      Plaintiffs Request for Production
                        DEFENDANT EXHIBIT "C"

   3) Each of the above was responded to by Defendant Mather
      on August 2 2003 with all responses and appropriate
      Certificates of Service reconfirming that Defendant
      Mather's address is 54 Gale Avenue Meriden, CT 06450.

2

      4) Letter dated August 22 2003, which included an Order for Partial Dismissal against Defendant Martinez, and Certificate of Service on Defendant Mather's, Plaintiff Attorney Wayne D. Lonstein lists Defendant Mather address correctly as 54 Gale Avenue Meriden, CT 06450 and the above was in fact mailed to 54 Gale Avenue Meriden, CT 06450.
                        DEFENDANT EXHIBIT "D"

      5) On July 18 2003 the Plaintiff sent Copy of Vector Technologies Invoice and Direct TV account summary to the correct address 54 Gale Avenue Meriden, CT 06450.
                        DEFENDANT EXHIBIT "E"

The above B-1 thru B-5 indicate that in spite of Defendant Mather's Due Diligence in providing accurate and complete notice of Defendant Mather's correct address Plaintiff Counsel utilized the correct address in each and every communication except for the Form 26(f) Report proposal which was mailed on August 18 2003 to Defendant Mather by certified mail to the wrong address and by regular mail to the wrong address as well as in the September 12 2003 26(f) Report Certificate of Due Diligence and Certificate of Service which were mailed to the wrong address.
                        DEFENDANT EXHIBIT "F"

      C)     Plaintiff claims to have attempted to contact Defendant Mather by telephone and states " however, on each occasion there was no answering machine on which to leave a message." Defendant Mather has an answering machine on at all times both at his former address and his present address. The correct phone number was also provided to Plaintiff's Attorney by the Defendant Mather by telephone and by Notification of Change of Address dated July 14 2003.

      D)     In spite of several phone calls to Plaintiff's Attorney in which Defendant Mather advised of his correct address and attempted to discuss the matter he was rebuffed and advised to get an "Attorney". At no time was Defendant Mather informed of any anticipated conference by either telephone or letter nor was Plaintiff's Attorney willing to discuss the matter when phoned by Defendant Mather.

Wherefore Defendant Richard Mather objects to the Certificate of Due Diligence and asks the Honorable Court to disallow its introduction into the pleadings, to disallow the 26(f) Report of Parties Planning Meeting as non-compliant with Fed. R. Civ. P 26(f) and to Dismiss the Complaint.

Dated March 23, 2004
Meriden, CT

                                      Defendant Richard Mather

                                      By _____
                                            Richard Mather, PRO SE
                                            54 Gale Ave
                                            Meriden, CT 06450
                                            Tel (203) 237-6224

## Certificate of Service

This is to certify that the foregoing was mailed on this date to the following

Kevin F. Rowe, Clerk
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

Directv, Inc.
C/O Wayne D. Lonstein, Esq
Lonstein Law Office, P.C.
P.O. Box 351
Ellenville, NY 12428

Gregory J. Sachs, Esq
420 East Main Street
Bldg. 2 Suite 4
Branford, CT 06405

---------------------------
Signature
Richard Mather, Defendant, PRO SE

**DEFENDANT EXHIBIT A**



## DEFENDANT EXHIBIT B

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT
## HARTFORD

DIRECTV, INC
A California corporation

                Plaintiff,

     - Against -

GEORGE MARTINEZ,                   Civil No. 303CV00953 DJS
RICHARD MATHER,
ED SHALLIS,
DAVID BRAISE, and
DORTHEA BIEHLER

                Defendant(s).

### Notification of Change of Address

Defendant, Richard Mather, PRO SE formerly of 12 Anthony Road, North Haven, CT 06473 hereby serves notice of a change of address for said Defendant to the following:
      Richard Mather
      54 Gale Avenue
      Meriden, CT 06450

July 14, 2003
Date

(203) 237 6224
Telephone

Signature
Richard Mather, PRO SE
54 Gale Avenue
Meriden, CT 06450

1

DEFENDANT EXHIBIT B

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Notification of Change of Address was mailed on this date to the following

Kevin F. Rowe, Clerk
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

Directv, Inc.
Lonstein Law Office, P.C.
C/O Wayne D. Lonstein, Esq
P.O. Box 351
Ellenville, NY 12428

Gregory J. Sachs, Esq
420 East Main Street
Bldg. 2 Suite 4
Branford, CT 06405

George Martinez
108 Rose Street
Waterbury, CT 06704

Ed Shallis
1 Goffin Court
Oxford, CT 06478

David Braise
184 West Main Street
Milford, CT 06460

Dorthea Biehler
43 Bishop Lane
Madison, CT 06443

_____
Signature
Richard Mather, Defendant, PRO SE

2

# Lonstein Law Office, P.C.

**Attorneys and Counselors at Law**

**DEFENDANT EXHIBIT C**

1 Terrace Hill, P.O. Box 351
Lonstein Professional Buildi[ng]
Ellenville, New York 12428
Telephone (845) 647-8500
Facsimile (845) 647-6277
www.signallaw.com

\* Wayne D. Lonstein

Julie Cohen Lonstein

‡ Rosalie A. Wallis

Kelly Ann Ruane

\* Also admitted in NJ, PA & MA
‡ Also admitted in New Mexico

Albert I. Lonstein (1930 - 1993)
Benjamin Lonstein (1909 - 2000)

July 22, 2003

Richard Mather
54 Gale Avenue
Meriden, CT 06450

Re:  DirecTV vs. Richard Mather
     Violation of 47 U.S.C. sec. 605 et seq. ("Communications Act")
     and 18 U.S.C. sec. 2510-2521, et seq. ("Federal Wiretap Laws")
     Our File No. DTV-4CT-03
     Civil No. 3-03-CV-00953 DJS

Dear Mr. Mather:

Enclosed for service upon you please find the following:

1. Plaintiffs Initial Disclosures; and

2. Plaintiffs Interrogatories to Defendant; and

3. Plaintiffs Request for Admissions; and

4. Plaintiffs Request for Production.

Very truly yours,

LONSTEIN LAW OFFICE, PC

By: Wayne D. Lonstein

Encs.

*Lonstein Law Office, P.C.*
Attorneys and Counselors at Law

1 Terrace Hill, P.O. Box 3
Lonstein Professional Bui[lding]
Ellenville, New York 1242[8]
Telephone (845) 647-850[0]
Facsimile (845) 647-6277
www.signallaw.com

* Wayne D. Lonstein
Julie Cohen Lonstein
‡ Rosalie A. Wallis
Kelly Ann Ruane

* Also admitted in NJ, PA & MA
‡ Also admitted in New Mexico

Albert I. Lonstein (1930 - 1993)
Benjamin Lonstein (1909 - 2000)

**DEFENDANT EXHIBIT D**

August 22, 2003

Clerk, United States District Court
U.S. Courthouse
450 Main Street
Hartford, CT 06103

Re:   DIRECTV, a California Corporation v. George Martinez, et al
      Civil Case No. 3-03-CV-00953 DJS
      Our File No. DTV-4CT-02

Dear Sir or Madam:

Enclosed herein for filing, please find original and copy of Motion for Partial Dismissal and Proposed Order for Partial Dismissal as to defendant George Martinez, with regard to the above entitled matter.

I would appreciate your date stamping and returning a copy of same to the undersigned in the enclosed stamped, self addressed envelope.

Thanking you for your courtesy, I am,

Respectfully yours,

LONSTEIN LAW OFFICE, P.C.

By: Wayne D. Lonstein
WDL/sl
Enclosures
cc: Richard Mather, Pro Se
    Richard J. Pober, Esq.
    Leslie S. Hollo, Esq.

**DEFENDANT EXHIBIT D**

Ashiri Law Office, P.C.
Attorneys and Counsellors at Law
Terrace Hill, Box 351
Ornstein Professional Building
Ellenville, New York 12428

Richard Mather
54 Gale Avenue
Meriden, CT 06450

06450+6495 US

192
9136 $00.60⁰
5965 MAILED FROM ELLEN

AUG 22 2003

DEFENDANT EXHIBIT E

*Lonstein Law Office, P.C.*
Attorneys and Counselors at Law

1 Terrace Hill, Box 351
Lonstein Professional Building
Ellenville, New York 12428

Richard Mather
54 Gale Avenue
Meriden, CT 06450

**DEFENDANT EXHIBIT F**

MATH012  06473300117030209/22/03
NOTIFY SENDER OF NEW ADDRESS
MATHER, RICHARD
54 GALE AVE
MERIDEN CT 06450-6485

Richard Mather
12 Anthony Rd
North Haven, CT 06473

*Lonstein Law Office, P.C.*
Attorneys and Counselors at Law

1 Terrace Hill, Box 351
Lonstein Professional Building
Ellenville, New York 12428

