**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**DIRECTV, INC., a**
**California corporation**                    :
      **Plaintiff**

      **v.**                                  : **CIVIL NO.: 3:03cv953(DJS)**

**GEORGE MARTINEZ, ET AL**             :
      **Defendants**

<u>**ORDER**</u>

The Motion to Dismiss Complaint (Doc. #27) is hereby **DENIED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __13th__ day of April, 2004.


                 _/s/DJS_____
                 Dominic J. Squatrito
                 United States District Judge