UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 10 A 9: 52
U.S. DISTRICT COURT
HARTFORD, CT.

DIRECTV, INC.                             :
                                          :      CIVIL ACTION NO.
          Plaintiff,                      :      303CV00953 (DJS)
                                          :
VS.                                       :
                                          :
GEORGE MARTINEZ, RICHARD                  :
MATHER, ED SHALLIS, DAVID                 :
BRAISE, and DOROTHEA BIEHLER              :
                                          :
          Defendants.                     :      MAY 6, 2004

## DEFENDANT DOROTHEA BIEHLER'S
## MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), Defendant DOROTHEA BIEHLER, by her attorneys, SNOW, ATTICKS & HOLLO, LLC, hereby respectfully moves the Court for an extension of time to respond to the Plaintiff's motion for summary judgment until May 21, 2004. This motion is being filed after the expiration of the specified time period because of excusable neglect on the part of the Defendant's counsel in that he failed to calendar the response due date. This extension is also being requested to enable the Plaintiff and Defendant to discuss a settlement that will obviate the need to file a response.

This is the first request for an extension of this time period. The Plaintiff's counsel has indicated that he does not consent to the granting of this motion.

                                          DEFENDANT
                                          DOROTHEA BIEHLER

                                          By_____
                                          Leslie S. Hollo (CT-11038)
                                          Snow, Atticks & Hollo, LLC
                                          69 Wall Street, Madison, CT  06443
                                          Tel: (203) 245-4800 / Fax-(203) 245-4495
                                          Email: sahattys@aol.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 6, 2004, a copy of the foregoing was served via first class mail, postage prepaid, upon all counsel and pro se parties of record as follows:

Stephen M. Tannenbaum, Esq.
Lonstein Law Office, P.C.
1 Terrace Hill
Ellenville, NY 12428-0351

Gregory J. Sachs, Esq.
420 East Main Street
Bldg. 2, Suite 4
Branford, CT 06405

Mr. Richard Mather
54 Gale Avenue
Meriden, CT 06450

Mr. Ed Shallis
1 Goffin Court
Oxford, CT 06478

_____
LESLIE S. HOLLO