UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**DIRECTV, INC.**, a
California corporation           :
    **Plaintiff**

v.                               :   CIVIL NO.: 3:03cv953(DJS)

**GEORGE MARTINEZ, ET AL**       :
    **Defendants**

<u>ORDER</u>

Defendant Dorothea Biehler's Motion for Extension of Time (Doc. #29) to respond to the Motion for Summary Judgment is hereby **GRANTED to and including May 21, 2004. No further extensions shall be granted.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this  12th  day of May, 2004.

                                       /s/DJS
                                      Dominic J. Squatrito
                                      United States District Judge