03cv953direct052404

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

DIRECTV, INC., a
California corporation
     Plaintiff

2004 MAY 24  P 3: 51

U.S. DISTRICT COURT
HARTFORD, CT

v.

: CIVIL NO.: 5:03cv953(DJS)

GEORGE MARTINEZ, ET AL          :
     Defendants

### ORDER OF DISMISSAL

Pursuant to a telephone conference, this case having been reported settled, it is,

therefore, **dismissed with prejudice**. The Clerk is hereby directed to **close this case as to**

**Dorothea Biehler only.**

    **IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __24th__ day of May, 2004.


             /s/DJS
             Dominic J. Squatrito
             United States District Judge

AO 72A
(Rev.8/82)