IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

_____

**DIRECTV, INC.,**
a California corporation,

                      Plaintiff,        **MOTION FOR PARTIAL DISMISSAL**
- against -                          Civil Case No.  3-03-CV-00953 DJS
                                                Honorable Dominic J. Squatrito

GEORGE MARTINEZ, et al.,

                      Defendant.
---------------------------------------------------------------

       **DIRECTV, INC., a California Corporation,** Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action specifically pertaining to Defendant, **ED SHALLIS,** be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

       This dismissal is specific to this Defendant and does not affect the remaining claims against any other Defendant.

Dated: July 7, 2004
       Ellenville, New York

                                                      DIRECTV, INC.,

                                 By: /s/   Wayne D. Lonstein
                                         Wayne D. Lonstein, Esq.
                                         Bar Roll No.  CT 19973
                                         Attorney for Plaintiff
                                         1 Terrace Hill, PO Box 351
                                         Ellenville, NY 12428
                                         Telephone:  845-647-8500
                                         Facsimile:  845-647-6277
                                         *Our File No.  DTV-5CT-03*