IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

_____

**DIRECTV, INC.,**
**a California corporation,**

       Plaintiff,

 -against-

GEORGE MARTINEZ, et al.,

       Defendant.

---------------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Case No.  3-03-CV-00953 DJS
Honorable Dominic J. Squatrito

 The undersigned certifies that on the 7th day of July, 2004, your deponent served the following documents by regular mail:

 Motion and Order for Partial Dismissal on the following:

Richard Mather
54 Gale Avenue
Meriden, CT 06450

Richard J. Pober, Esq.
19 Ludlow Road
P.O. Box 710
Westport, CT 06881

        DIRECTV, INC.,

      By: /s/   Wayne D. Lonstein
        Wayne D. Lonstein, Esq.
        Bar Roll No.  CT 19973
        Attorney for Plaintiff
        1 Terrace Hill, PO Box 351
        Ellenville, NY 12428
        Telephone:  845-647-8500
        Facsimile:   845-647-6277
        *Our File No.  DTV-5CT-03*