**ORIGINAL**

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
NEW HAVEN

**FILED**

2004 NOV 10 A 10: 16

U.S. DISTRICT COURT
HARTFORD, CT.

---

DIRECTV, INC.
a California corporation,

                Plaintiff,

- against -

GEORGE MARTINEZ, *et al.*,

                Defendants.

**JOINT TRIAL MEMORANDUM**
Civil Case No. 3-03-CV-00953 DJS
Honorable Dominic J. Squatrito

---

1. **TRIAL COUNSEL**: Counsel shall list the names, addresses and telephone numbers of the attorneys who will try this case. Trial counsel must attend the calendar call or status conference, unless excused by the Court.

   Plaintiff:

   Wayne D. Lonstein, Esq.
   1 Terrace Hill; P.O. Box 351
   Ellenville, NY 12428
   Telephone: 845-647-8500

   Defendant:

   Richard Mather, *pro se*
   54 Gale Avenue
   Meriden, CT 06450
   Telephone: 203-237-6224

2. **JURISDICTION**: Counsel shall set forth the basis for federal jurisdiction.

   This action arises under the Federal Communications Act of 1934, as amended, 47 U.S.C. §605. This Court has original jurisdiction pursuant to 28 U.S.C. §1331 and §1338 as well as 47 U.S.C. §605(e)(3)(A).

3. **JURY/NON-JURY**: Counsel shall state whether the case is to be tried to a jury or to the Court.

   This matter is to be tried to the Court.

4. **LENGTH OF TRIAL**: Counsel shall set forth a realistic estimate of trial days required based on the length of testimony of each witness on both direct and cross examination. See Item 8, below. Counsel shall provide a schedule compiling the amount of time required for each witness.

   The parties herein estimate that trial of this matter will require one (1) day.

5. **FURTHER PROCEEDINGS**: Specify, with reasons, the necessity of any further proceedings prior to trial.

   Plaintiff respectfully requests a settlement conference with a Magistrate Judge prior to trial. Although the parties have held settlement discussions and Plaintiff is amenable to settlement, the Defendant has not made an offer of settlement in response to Plaintiff's demand.

6. **NATURE OF CASE:** Counsel for both parties shall separately state the nature of each cause of action and of the relief sought.

   Plaintiff, DirecTV, is the nation's leading direct broadcast satellite system, delivering satellite television and other programming to more than 10 million customers in the United States. Plaintiff's television programming currently includes major cable networks, studio movies and special events programming, as well as a variety of sports and other special interests programming. Plaintiff has invested more than $1.25 billion to develop its direct broadcast satellite system.

   DirecTV encrypts, or electronically scrambles, its satellite transmissions to provide security for and prevent unauthorized viewing of its satellite television programming. DirecTV offers its television programming to residential and business customers on a subscription and pay-per-view basis only. Each customer is required to obtain a DirecTV Access Card and other system hardware (including a small satellite dish) and create an account with DirecTV. Upon activation of the Access Card by DirecTV, the customer can receive and view in a decrypted format (*i.e.*, unscrambled) those channels to which the customer has subscribed or otherwise made arrangement to purchase from DirecTV.

   Defendant, Richard Mather, purchased one (1) Vector Smart Card Emulator and one (1) PS/2 to DC Adapter from VTec on or about March 27, 2001. Defendant placed the order by using interstate or foreign wire facilities, and received his orders via the United States Postal Service or commercial mail carriers. Such purchase by the Defendant violated the Federal Communications Act of 1934, as amended, 47 U.S.C. §605. Plaintiff brings this action to restrain these illegal activities against it.

7. **TRIAL BY MAGISTRATE JUDGE**: Counsel shall state definitively whether the parties have agreed to a trial by a Magistrate Judge and, if so, indicate whether they have elected to have any appeal heard by the District Court or by the Court of Appeals. See 28 U.S.C. §636(c), Rule 1 of the Local Rules for United States Magistrate Judged (D. Conn.). In the event the parties consent, counsel shall complete and submit the attached form.

   The parties hereto agree to trial by a Magistrate Judge, and elect to have any appeal heard by the Court of Appeals.

8. **LIST OF WITNESSES:** Counsel shall set forth the names and addresses of each witness to be called at trial, including a brief summary of the specific testimony anticipated and the length of testimony in tenths of an hour on both direct and cross examination. Witnesses no

included in this list–except those used for rebuttal or impeachment–shall not be permitted to testify at trial, except for good cause shown.

As to Plaintiff:

Secure Signals International, LLC
By: Stanley F. McGinnis
Park Hill
2320 Elm Street
Denver, CO 80207
Length and description of testimony:

DirectTV, Inc.
By: John Green
2230 East Imperial Highway
El Segundo, CA
Length and description of testimony:

Richard Mather
54 Gale Avenue
Meriden, CT 06450
Length and description of testimony:

As to Defendant:

9. **EXHIBITS**: Counsel shall numerically list all exhibits–including a brief description of their contents–to be offered at trial on the case-in-chief. Exhibits not listed, except those used in rebuttal or for impeachment, will not be admissible at trial, except for good cause shown. All listed exhibits shall be deemed admissible unless there is an explicit objection to the exhibit. See Item 11, below. Copies of the actual exhibits shall be exchanged between the parties at the time of complying with this Order. Prior to trial, the parties shall mark all exhibits numerically with case number on exhibit tags to be provided by the Clerk's Office upon request. The original set of exhibits for the Deputy Clerk, complete copies of the exhibits (in binders) for Judge Squatrito, his law clerk, one for each juror and one for the witness stand shall be submitted to the Deputy Clerk one (1) day prior to trial.

As to Plaintiff:

Invoice printout from Vector Technologies.

Defendant's Subscription Records.

Vector Technologies Web Page Content.

As to Defendant:

10. **TRIAL TO COURT/JURY:** In all cases, counsel shall confer in an effort to enter into a written stipulation of uncontroverted facts and into an agreed statement of the contested issues of fact and law.

    a. **Court:** Each party shall submit proposed findings of fact and conclusions of law, citing relevant authority where appropriate and affidavits of direct testimony.

    b. **Jury:** The stipulation of uncontroverted facts will be read to the jury, and no evidence shall be presented on the uncontested facts.

        **(1) Proposed Voir Dire Questions:** Counsel shall attach a list of questions to be submitted to the jury panel.

        **(2) Proposed Jury Instructions:** Counsel shall attach requests for jury instructions. The failure to submit jury instructions for any claim or remedy by the Plaintiff or defense by the Defendant shall be deemed a waiver of the claim or remedy. Counsel are **not** required to submit general jury instructions which, for example, instruct the jury on its role, evidence in general, witness credibility, etc.

11. **ANTICIPATED EVIDENTIARY PROBLEMS:** No motions *in limine* shall be filed. Each party shall attach memoranda of fact and law concerning evidentiary problems that cannot be resolved by agreement of the parties after good faith effort. All such evidentiary problems identified in the joint trial memorandum shall be considered motions *in limine*. Any objections not disclosed in the joint trial memorandum shall be deemed waived unless excused by the Court for good cause shown. To the extent any evidentiary issues are raised in the joint trial memorandum, the proponent of the evidence shall have ten days from the filing of this joint trial memorandum in which to file a response to evidentiary issue(s) raised by the opposing party. No reply memorandum shall be filed absent leave of the Court.

Dated: October 26, 2004

_____  
Wayne D. Lonstein, Esq.  
CT/Fed. Bar No. CT 19973  
Lonstein Law Office, P.C.  
Attorneys for Plaintiff  
1 Terrace Hill; P.O. Box 351  
Ellenville, NY 12428  
Telephone: 845-647-8500  
Facsimile: 845-647-6277

_____ 11-2-04  
Richard Mather  
*Pro Se* Defendant  
54 Gale Avenue  
Meriden, CT 06450  
Telephone: 203-237-6224