**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **DIRECTV, INC., a** | | |
| **California corporation** | : | |
| **Plaintiff** | | |
| | | |
| **v.** | : | **CIVIL NO.: 3:03cv953(DJS)** |
| | | |
| **GEORGE MARTINEZ, ET AL** | : | |
| **Defendants** | | |

**ORDER OF REFERENCE TO**
**A UNITED STATES MAGISTRATE JUDGE**

In the interest of justice, the above identified case is hereby referred to <u>Thomas P.</u>

<u>Smith</u>, United States Magistrate Judge for all purposes, including trial.  The parties have

consented to their case being heard before a magistrate judge in their joint trial

memorandum dated October 26, 2004 (Doc. #35).

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut this  <u>17th</u>  day of November, 2004.

<u>                 </u>

       <u>/s/DJS                              </u>
       Dominic J. Squatrito
       United States District Judge