UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 DEC 10 P 12: 24

U.S. DISTRICT COURT
[illegible], CT.

DIRECTV, INC.,

    Plaintiff,

v.                       CASE NO. 3:03CV953 (TPS)

RICHARD MATHER,

    Defendant.

### CALENDAR AND SETTLEMENT CONFERENCE ORDER

This case has been referred to the undersigned for a settlement conference. The undersigned shall conduct a settlement conference with the parties on **February 17, 2005 at 2:30 p.m.** in her chambers at the United States District Court, 450 Main Street, Room 262, Hartford, Connecticut.

**The parties are ordered to be present at the conference.** If a party is a legal entity, not an individual, a representative of the party who is _fully authorized to decide all matters_ pertaining to the case shall be present at the conference. The court will not hold a settlement conference without all parties present. Availability of a party by phone is not permitted without court authorization. In cases where a party requires authority from an insurer to settle the case, the party shall ensure that an insurance company representative with full authority to settle the case is present at the conference. Failure of a party _with full authority to settle the case_ to attend the conference may result in the imposition of sanctions. The parties should be prepared to

spend the entire remainder of the day in the settlement conference.

**Not less than 14 days before the conference**, the plaintiff's counsel shall serve a settlement demand upon the defendant. The demand shall be accompanied by the plaintiff's analysis of damages. If the defendant disagrees with the plaintiff's calculation of damages, the defendant shall respond to the plaintiff's analysis not later than 7 working days before the conference. The parties shall submit to the court, with their confidential memoranda, the damage analyses that they have exchanged with one another. The defendant is encouraged to make a settlement offer prior to the settlement conference.

**Not later than five (5) working days prior to the conference** each side shall submit to the undersigned's chambers an *ex parte*, confidential conference memorandum. The memorandum shall be double spaced and shall not exceed 15 pages. The memorandum shall set forth the legal elements of the claims and defenses made, the factual basis for the claims and defenses and the amount and nature of any demands and/or offers made to date. The plaintiff's counsel shall attach a copy of the complaint to the plaintiff's *ex parte* memorandum. The parties must approach this conference in good faith and with all the preparation necessary to resolve the case.

Any requests pertaining to the conference shall be made to the chambers of the undersigned in writing, or by telephone confirmed in writing, no later than 10 days from the date of this order. Any party requesting a continuance, which will be considered only for

good cause clearly shown, shall consult with the opposing side before making the request and, in the event of a continuance, shall notify all parties of the new date and time.

SO ORDERED this 10th day of December, 2004 at Hartford, Connecticut.

Donna F. Martinez
United States Magistrate Judge