IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

_____

**DIRECTV, INC.,**
**a California corporation,**

                       Plaintiff,        **MOTION FOR DISMISSAL**

   - against -                           Civil Case No. 3-03-CV-00953 DFM/TPS
                                                Honorable Donna F. Martinez

GEORGE MARTINEZ, et al.,

                       Defendant.

-----------------------------------------------------------------

       **DIRECTV, INC., a California Corporation,** Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action specifically pertaining to Defendant, **RICHARD MATHER,** be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

       This dismissal is specific to this Defendant and does not affect the remaining claims against any other Defendant.

Dated: April 22, 2005
       Ellenville, New York

                                          DIRECTV, INC.,

                              By: /s/ Wayne D. Lonstein
                                    Wayne D. Lonstein, Esq.
                                    Bar Roll No. CT 19973
                                    Attorney for Plaintiff
                                    1 Terrace Hill, PO Box 351
                                    Ellenville, NY 12428
                                    Telephone: 845-647-8500
                                    Facsimile: 845-647-6277
                                    *Our File No. DTV-4CT-02*