**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

_____

**DIRECTV, INC.,**
**a California corporation,**

                    Plaintiff,          **CERTIFICATE OF SERVICE**

   -against-                     Civil Case No.  3-03-CV-00953 DFM/TPS
                                               Honorable Donna F. Martinez

**GEORGE MARTINEZ, et al.,**

                    Defendant.

---------------------------------------------------------------

    The undersigned certifies that on the 22nd day of April, 2005, your deponent served the following documents by regular mail:

    Motion and Order for Partial Dismissal on the following:

Richard Mather
54 Gale Avenue
Meriden, CT 06450


                                                DIRECTV, INC.,

                                     By: /s/   Wayne D. Lonstein
                                          Wayne D. Lonstein, Esq.
                                          Bar Roll No.  CT 19973
                                          Attorney for Plaintiff
                                          1 Terrace Hill, PO Box 351
                                          Ellenville, NY 12428
                                          Telephone:  845-647-8500
                                          Facsimile:  845-647-6277
                                          *Our File No.  DTV-4CT-03*